

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2015

No. 04-14-00883-CR

Darius **DUKES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-12-041
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On March 12, 2015, appellant's court-appointed attorney, Mr. Patrick Maguire, filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel informed the appellant of his right to file his own brief and provided appellant with a copy of the appellate record. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). On March 20, 2015, the State filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief. Appellant's pro se brief was due April 27, 2015, but appellant has not filed the brief or a motion for extension of time.

If appellant desires to file a pro se brief, he must do so no later than May 27, 2015. If appellant does not file a pro se brief by May 27, 2015, this appeal will be submitted for consideration without benefit of his brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court